938

certiorari, certiorari is denied. *Mishkin* v. *New York,*
383 U. S. 502, at 512–514. MR. JUSTICE BLACK, MR.
JUSTICE DOUGLAS and MR. JUSTICE STEWART would note
probable jurisdiction without limitation.

*Emanuel Redfield* for appellants.

No. 1074. PIERSON ET AL. *v.* RAY ET AL.; and

No. 1155. RAY ET AL. *v.* PIERSON ET AL. C. A. 5th
Cir. Certiorari granted. Cases are consolidated. *Carl
Rachlin* and *Melvin Wulf* for petitioners in No. 1074.
*Thomas H. Watkins* for petitioners in No. 1155 and for
respondents in No. 1074. Reported below: 352 F. 2d 213.

No. 1130. FEDERAL CROP INSURANCE CORP. *v.* BAKER
ET AL. Sup. Ct. Ore. Certiorari granted. *Solicitor
General Marshall, Assistant Attorney General Douglas,
Morton Hollander* and *Edward Berlin* for petitioner.
*George H. Corey* and *Carl G. Helm* for respondents.

No. 1136. 222 EAST CHESTNUT STREET CORP. *v.* LA
SALLE NATIONAL BANK, TRUSTEE, ET AL. C. A. 7th Cir.
Certiorari denied. *Samuel W. Block* for petitioner.

No. 1154. POWELL *v.* NATIONAL SAVINGS & TRUST Co.
C. A. D. C. Cir. Certiorari denied. *Diana Kearny
Powell,* petitioner, *pro se.*